IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JULIA WAELDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  11-3441 |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

On December 14, 2011, Plaintiff, Julia Waelder, filed a Complaint against the Commissioner of Social Security.  On December 15, 2011, this Court entered a Text Order noting that Plaintiff had neither paid the filing fee nor petitioned to proceed in forma pauperis.  Therefore, the Court directed Plaintiff to either pay the filing fee or file a petition to proceed in forma pauperis by December 28, 2011, and advised Plaintiff that the failure to do so would result in dismissal of the case without prejudice.  The Court directed the Clerk of the Court to mail to Plaintiff "a petition to proceed in forma pauperis."

On December 22, 2011, Plaintiff filed a Motion for Leave to Proceed In Forma Pauperis (Motion).  See d/e 3.  Plaintiff submitted her request using a Delaware state court form and a form used for proceeding on appeal in forma pauperis.  The information contained on those forms did not provide the Court with sufficient information about Plaintiff's financial condition.

On December 29, 2011, this Court entered a Text Order denying the Motion without prejudice.  The Court directed the Clerk of the Court to send Plaintiff "a blank Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)."  In addition, the Court directed Plaintiff to either submit the appropriate Application to Proceed in District Court Without Prepaying Fees or Costs or pay the $350 filing fee by January 17, 2012.  The Court further advised Plaintiff that the failure to do either of those things would result in dismissal of the case.  Plaintiff has neither paid the filing fee nor petitioned the Court to proceed in forma pauperis.

Pursuant to Federal Rule of Civil Procedure 41(b), this Court has the authority to dismiss actions for failing to prosecute or failing to

comply with a court order.  This Court has twice directed Plaintiff to either pay the filing fee or petition the Court to proceed in forma pauperis and provided Plaintiff with the appropriate form for doing so. Because Plaintiff has failed to comply with the deadline provided by this Court, the cause is DISMISSED WITHOUT PREJUDICE.

ENTER: January 20, 2012

FOR THE COURT:

s/Sue E. Myerscough<br>
SUE E. MYERSCOUGH<br>
UNITED STATES DISTRICT JUDGE